UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HOLLAND & KNIGHT, RICHARD B. PRICE,

    Plaintiffs,

vs.

ALAN DEATLEY & PAINE HAMBLEN,

    Defendants.

NO. CV-06-0278-JLQ

ORDER ON MOTIONS

**IT IS HEREBY ORDERED:**

1. Defendant DeAtley's Motion to Withdraw Motion to Quash Order to Show Cause **(Ct. Rec. 98)** is **GRANTED**.

2. Defendant DeAtley's Motion to Withdraw Motion to Dismiss Order to Show Cause and Response to Addendum **(Ct. Rec. 103)** is **GRANTED**. Per this Order, DeAtley's Motion to Dismiss Order To Show Cause and Response To Addendum **(Ct. Rec. 102)** is withdrawn and shall be **ADMINISTRATIVELY TERMINATED**.

3. Defendant DeAtley's Motion to Dismiss Order to Show Cause **(Ct. Rec. 90)** is **DENIED**.

4. Defendant DeAtley's Motion to Seal **(Ct. Rec. 104)** is **GRANTED**. **Ct. Rec. 102** (DeAtley's Motion to Dismiss Order to Show Cause and Response to Addendum), along with all related exhibits filed therewith, shall be filed under **SEAL**.

The Clerk of this court shall enter this Order and forward copies to counsel and to attorney Jennie Deden Behles, P.O. Box 7070, Albuquerque, New Mexico, 87194-7070.

**DATED** this 19th day of SEPTEMBER 2007.

               s/ Justin L. Quackenbush
             JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1