UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IN RE:                               )
                                     )
DeATLEY LITIGATION                   )   NO. CV-06-278-JLQ
                                     )
                                     )   ORDER DENYING
                                     )   MOTION FOR PROTECTIVE ORDER
_____)

**Before the Court** is the parties stipulated Motion for Protective Order (C.R. 224) heard without oral argument on November 12, 2007. Joel P. Leonard and Seth H. Row represent Plaintiff Holland and Knight. Sam B. Franklin and Marc Rosenburg represent Plaintiff Richard B. Price. Louis Puccini Jr., Shay E. Meagle, and Leslie Alan Powers represent Defendant Deatley. Having reviewed the record, and being fully advised in this matter, **It is Hereby Ordered** that the Motion For Protective Order is Denied.

The parties are free to enter, without any court approval, into an agreement as to matters contained in the requested protective order. However, it is the policy of this District and the Judges therein not to enter Protective Orders.

**IT IS SO ORDERED.** The Clerk is further directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of November, 2007.


                              s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER Denying Motion for Protective Order --1