1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON
7                                          )
                                           )        NO.    CV-06-0278-JLQ
8    In Re:                                )
                                           )
9    DEATLEY LITIGATION                    )
                                           )        ORDER GRANTING MOTION TO
10                                         )        EXPEDITE AND GRANTING
                                           )        STIPULATED MOTION FOR
11                                         )        DISMISSAL OF CERTAIN CLAIMS
                                           )        AND CERTAIN PARTIES
12                                         )
                                           )
13   ────────────────────────────────────
14         **This Order Also Relates to:   CV-06-0309-RHW;**

15         BEFORE THE COURT is the Agreed Motion to Expedite Hearing on Stipulated

16   Motion for Dismissal of Certain Claims and Parties (Ct. Rec. 301) filed by Plaintiff Richard

17   Price.  The court finds good cause exists for immediate hearing of the parties stipulated

18   motion for dismissal.  The parties have stipulated that any judge in the Eastern District of

19   Washington may address the Motion for Dismissal without prejudice to the remaining parties,

20   including Alan DeAtley's pending motions.

21         ACCORDINGLY, IT IS HEREBY ORDERED:

22         1.  Plaintiff Price's Agreed Motion to Expedite Hearing on Stipulated Motion of

23   Dismissal of Certain Claims and Parties (Ct. Rec. 301) is **GRANTED**.

24         2. Plaintiff Price and Defendant DeAtley's Stipulated Motion for Dismissal of Certain

25   Claims and Certain Parties (Ct. Rec. 306) is **GRANTED** to the extent set forth below.

26

ORDER - 1

3.  The court having been advised by stipulation (Ct. Rec. 306) that the claims and counterclaims between Richard Price and Alan DeAtley in the above-captioned litigation and in the consolidated case, Cause No. 06-CV-0309-RHW[1], have been fully compromised and settled, all claims and counterclaims alleged in the above-captioned litigation, and in the consolidated case, Cause No. 06-CV-0309-RHW, and any and all potential claims or which could be alleged between Alan DeAtley and Richard B. Price / Richard B. Price P.S., in these actions are hereby **DISMISSED** with prejudice, with the parties to bear their own costs. Richard B. Price / Richard B. Price P.S. is hereby **DISMISSED** with prejudice from any claims for all purposes.

There being no just reason for delay, the Clerk of the Court shall enter this order and enter judgment in accordance with this order, in this case and in the consolidated case, 06-CV-0309-RHW, and provide copies to counsel.    In addition, cause number 06-CV-0309-RHW shall be **CLOSED**.

**DATED** this 10th day of January, 2008.

　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court notes the stipulation also indicates settlement was reached in a case with a cause number 07-2-22814-4 and requests the court dismiss the claims therein. That case is not pending in this court.

ORDER - 2