# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: DEATLEY LITIGATION

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-278-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Richard B. Price/Richard B. Price, P.S. is hereby

DISMISSED with prejudice from any claims for all purposes.

| | |
|---|---|
| January 10, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |