1

2

3                  UNITED STATES DISTRICT COURT

4                 EASTERN DISTRICT OF WASHINGTON

5

6  IN RE: DEATLEY LITIGATION          )
                                      )
7                                     )    No.  CV-06-0278-JLQ
                                      )
8                                     )    ORDER DENYING MOTION
                                      )    FOR RECONSIDERATION OF
                                      )    ORDER DENYING MOTION TO
9  _____)    EXPEDITE

10        The Defendant's Motion For Reconsideration Of Order Denying Motion To

11  Expedite (C. R. 580) is **DENIED**.

12        The matter of the Defendant's Motion For Sanctions by reason of the alleged

13  failure of H & K to produce billing documents will be heard at the Pre-trial Conference

14  on September 11. 2008.  *Inter alia,* the court will hear the argument of counsel and

15  evidence, if any, concerning the destruction or unavailability of billing records.  If the

16  ultimate sanction of dismissal of this extended matter is not granted, the court will hear

17  from counsel as to the evidence, if any, which may be offered at trial concerning the lack

18  of billing records.  Without ruling, if this action is not dismissed, it would appear to the

19  court that billing records, or the lack thereof, may be appropriate matters to be submitted

20  to the jury,  although the ultimate remaining issue is the amount, if any, of attorney fees

21  that should be awarded to H & K for services rendered to Alan DeAtley in the underlying

22  litigation.

23        The Clerk of this court shall enter this Order and forward copies to counsel.

24        **DATED** this 18th day of August 2008.

25                       s/ Justin L. Quackenbush
                        JUSTIN L. QUACKENBUSH
26             SENIOR UNITED STATES DISTRICT JUDGE

27

28  ORDER - 1