1

2

3

4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF WASHINGTON

6

7   HOLLAND and KNIGHT,                    )
                                           )
8                                          )   No.  CV-06-00278-JLQ
                    Plaintiff,             )
9                                          )   ORDER OF DISMISSAL
          vs.                              )   WITH PREJUDICE
10                                         )
    ALAN DeATLEY,                          )
11                                         )
                                           )
12                  Defendant and          )
                    Counter-Claimant.      )
13  _____ )

14        On September 18, 2008, pursuant to the Stipulation of the parties, this court

15  entered its Amended Order (C.R. 630) providing for the distribution of the funds held

16  by attorney Andrew Smythe in the Lien Security Trust Account and, upon the filing with

17  this court of notice of receipt thereof, dismissal with prejudice of the Complaint, the First

18  Amended Counterclaim and the claims therein, reserving the Defendant's right to appeal

19  this court's dismissal of his legal malpractice Counterclaim and his challenge to the

20  jurisdiction of this court.

21        The court has now been advised that the monies held in the Lien Security Trust

22  Account have been disbursed and notices of receipt filed with the court.  By reason

23  thereof, IT IS HEREBY ORDERED that the Plaintiff's Complaint and the claims therein

24  and the Defendant's Counterclaim and the claims therein, be and the same are hereby

25  dismissed with prejudice without costs or attorney fees to any party hereto, reserving

26  unto the Defendant his right to appeal this court's dismissal with prejudice of his legal

27  malpractice Counterclaim against the Plaintiff, and reserving also the Defendant's right

28  ORDER - 1

1  to appeal the denial of his challenges to the jurisdiction of this court over the Plaintiff's

2  Complaint.

3          The law firm of Paine Hamblen and attorney Andrew Smythe are released from

4  any and all liability as trustee of the Lien Security Trust Account.

5          The Clerk of this court shall enter this Order, enter judgment as provided herein,

6  forward copies to counsel, and close this file.

7          **DATED** this 24th day of October 2008.

8

9                         s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
10              SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER - 2