AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

HOLLAND and KNIGHT, LLP,

        PLAINTIFF,

        v.

ALAN DeATLEY, et al,

        DEFENDANTS.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-278-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED PLAINTIFF'S COMPLAINT, AND CLAIMS THEREIN, AND THE DEFENDANT'S COUNTERCLAIM, AND THE CLAIMS THEREIN, ARE HEREBY DISMISSED WITH PREJUDICE WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY.

October 24, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry